**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   13-cv-01668-LTB-CBS

JOANN DODEA,

       Plaintiff,

v.

CITY OF RIFLE,
SERGEANT DIEGO PINA,
OFFICER BRITTANY KOLEY,
OFFICER MICHAEL PRUITT,
OFFICER JEREMY MUXLOW,.
OFFICER JUSTIN MACKLIN, and
UNKNOWN EMPLOYEES AND AGENTS OF THE CITY OF RIFLE,

       Defendants.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK


Plaintiff's Unopposed Amended Motion for Leave to File A Modified Second Amended Complaint (Doc 34 - filed February 10, 2014) is **GRANTED**.  The tendered Second Amended Complaint is accepted for filing.

The Motion to File Second Amended Complaint (Doc 22) is DENIED AS MOOT.


Dated: February 11, 2014

---