**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   13-cv-01668-LTB-CBS

JOANN DODEA,

       Plaintiff,

v.

CITY OF RIFLE,
SERGEANT DIEGO PINA,
OFFICER BRITTANY KOLEY,
OFFICER MICHAEL PRUITT,
OFFICER JEREMY MUXLOW,.
OFFICER JUSTIN MACKLIN, and
UNKNOWN EMPLOYEES AND AGENTS OF THE CITY OF RIFLE,

       Defendants.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

       Defendants' Unopposed Motion to Restrict (Doc 54 - filed May 8, 2014) is **GRANTED**. Exhibit 3 attached to Plaintiff's Response to Motion for Summary Judgment is restricted as a Level 1 restriction.

Dated:   May 9, 2014

---