IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 13-cv-01668-LTB-CBS

JO ANN DODEA,

    Plaintiff,

v.

CITY OF RIFLE,
SERGEANT DIEGO PINA,
OFFICER BRITTANY KOLEY,
OFFICER MICHAEL PRUITT,
OFFICER JEREMY MUXLOW, and
UNKNOWN EMPLOYEES AND AGENTS OF THE CITY OF RIFLE,

    Defendants.

---

## FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Lewis T. Babcock on January 27, 2015, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Motion for Summary Judgment Asserting Qualified Immunity is GRANTED in favor of the individual Defendants as to Plaintiff's claims raised pursuant to 42 U.S.C. §1983 based on a qualified immunity defense and, consequently, as to the municipal Defendant.  It is

FURTHER ORDERED that the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims, pursuant to 28 U.S.C. § 1367(c)(3).  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendants, City of Rifle, Sergeant Diego Pina, Officer Brittany Koley, Officer Michael

Pruitt, Officer Jeremy Muxlow, and Unknown Employees and Agents of the City of Rifle and against Plaintiff, Jo Ann Dodea on her federal claims. It is

FURTHER ORDERED that Plaintiff's remaining state law claims are DISMISSED WITHOUT PREJUDICE. It is

FURTHER ORDERED that Defendants, City of Rifle, Sergeant Diego Pina, Officer Brittany Koley, Officer Michael Pruitt, Officer Jeremy Muxlow, and Unknown Employees and Agents of the City of Rifle shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 58(a) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that plaintiff's Second Amended Complaint and this civil action are DISMISSED with prejudice.

DATED at Denver, Colorado this  28th  day of January, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/E. Buchanan
E. Buchanan, Deputy Clerk